BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**OCTOBER 3, 2019**
*Time in Court:   20 MINUTES*

DOCKET NUMBER:   **CR 19-284** (RJD)

| | |
|---|---|
| U.S.A. -v- | **JESSIE SMITH (in custody)** |
| COUNSEL: | Michael Hueston & Gary Kaufman (CJA) |
| U.S.A. -v- | **KENDALL JOHNSON (on bond)** |
| COUNSEL: | Noam Biale (CJA) |
| U.S.A. -v- | **TYRELL SPELLMAN (in custody)** |
| COUNSEL: | Lance Clarke (CJA) |
| U.S.A. -v- | **SAQUAN WARLICK (on bond)** |
| COUNSEL: | Steven Brounstein (CJA) |

AUSA:     NICHOLAS MOSCOW
PRE TRIAL SERVICES OFFICERS: MICHAEL DORN & AMINA ADOSSA-ALI

COURT REPORTER:   *LINDA MARINO*

X    CASE CALLED FOR STATUS CONFERENCE.
     COURT IS ADVISED THAT DISCOVERY IS ONGOING AND PARTIES ARE IN PLEA DISCUSSIONS.
     COUNSEL JOINTLY REQUEST COURT EXCLUDE TIME.
     COURT APPROVES JOINT REQUEST.  TIME EXCLUDED FROM TODAY THROUGH 12/6/2019 FOR PLEA NEGOTIATIONS AND IN THE INTEREST OF JUSTICE.
     AS TO DEFENDANT **KENDALL JOHNSON (#2)** AUSA ADVISES THAT THERE IS A BAIL ISSUE THAT PARTIES ARE WORKING ON AND WILL ADDRESS IT WITH MAGISTRATE JUDGE AT THE APPROPRIATE TIME.
     AS TO DEFENDANT **SAQUAN WARLICK (#4)** DEFENSE COUNSEL MR. BROUNSTEIN REQUESTS DEFENDANT BE PLACED IN THE COURT'S SOS PROGRAM.   COURT APPROVES REQUEST, DEFENDANT WILL PARTICIPATE IN THE SOS PROGRAM.
     CASE ADJOURNED TO 12/6/2019 AT 11:00AM.