# MINUTE ENTRY FOR CRIMINAL PROCEEDING

1/14/2020 JT

BEFORE MAG. JUDGE   Ramon E. Reyes Jr.          DATE: 1/13/20

DOCKET NUMBER:   19CR284(RJD)                    LOG #: 2:41- 2:51

DEFENDANT'S NAME: Kendall Johnson
___ Present   ✓ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL:   Noam Biale
___ Federal Defender   ✓ CJA   ___ Retained

Nadia Moore
A.U.S.A: Nicholas Moscow                CLERK: Felix Chin

INTERPRETER: _____ (Language)

___ Defendant arraigned on the : ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

   ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
   ___ Defendant advised of bond conditions set by the Court and signed the bond.
   1 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
   ___ (Additional) surety/ies to co-sign bond by _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: Bond modified to remove home detention and to curfew as directed by PTS