**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       -against-

JESSIE SMITH,
KENDALL JOHNSON,
      also known as "Duke," and
SAQUAN WARLICK,
      also known as "SB,"

                   Defendants.

S1 19 Crim. 284 (RJD)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the annexed motion, memorandum of law, declarations, and accompanying exhibits, and upon all prior proceedings, Defendant Kendall Johnson, by his attorneys, Sher Tremonte LLP, moves before the Honorable Raymond J. Dearie, United States District Judge for the Eastern District of New York, sitting at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order dismissing Counts One and Four of the Superseding Indictment pursuant to Rule 12 of the Federal Rules of Criminal Procedure.

Dated: New York, New York
       May 26, 2020

SHER TREMONTE LLP

By:

/s/Noam Biale
Noam Biale
Anna M. Estevao
90 Broad Street, 23rd Floor
New York, New York 10004
(212) 202-2600

To:    Richard P. Donoghue, Esq.
       United States Attorney
       Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

Attn:  Nicholas Moscow, Esq.
       Nadia Moore, Esq.
       Assistant United States Attorneys